# Court of Appeals
# of the State of Georgia

ATLANTA,__ May 09, 2012____

*The Court of Appeals hereby passes the following order:*

**A12I0217.  ANTONIO JOHNSON v. THE STATE.**

Antonio Johnson seeks interlocutory review of the trial court's March 29, 2012 order denying his motion for discharge and acquittal based on the State's alleged failure to comply with the Interstate Agreement on Detainers.  The court entered its certificate of immediate review on April 11, 2012.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal.  See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).  Because the certificate of immediate review was not entered within ten days of entry of the order at issue, we lack jurisdiction to consider this application for interlocutory appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/09/2012_____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*